1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10                    FRESNO DIVISION

11

12    VICTOR GALLEGOS DELGADILLO,          Case No. 1:11-cv-00396 MJS (PC)

13              Plaintiff,                 ORDER GRANTING APPLICATION TO
                                           PROCEED IN FORMA PAUPERIS
14    v.                                   and

15    MICHELL GRIGGS, et al.,              ORDER DIRECTING PAYMENT
                                           OF INMATE FILING FEE BY
16              Defendants.                FEDERAL CORRECTIONAL
                                           INSTITUTION (FCI)-MCKEAN
17    _____/

18         Plaintiff is a federal prisoner proceeding pro se pursuant to 403 U.S. 388 (1971) and has

19    requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has

20    made the showing required by § 1915(a) and, accordingly, the request to proceed in forma

21    pauperis will be granted.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this

22    action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount

23    of twenty percent of the preceding month's income credited to plaintiff's trust account.  The

24    Federal Correctional Institution (FCI) - McKean is required to send to the Clerk of the Court

25    payments from plaintiff's account each time the amount in the account exceeds $10.00, until

26    the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

27         In accordance with the above and good cause appearing therefore, it is hereby

28    ORDERED that:

                                           -1-

1    1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

2    **2.  The Warden of Federal Correctional Institution (FCI) - McKean or his designee**

3 **shall collect payments from plaintiff's prison trust account in an amount equal to twenty**

4 **per cent (20%) of the preceding month's income credited to the prisoner's trust account**

5 **and shall forward those payments to the Clerk of the Court each time the amount in the**

6 **account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of**

7 **$350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall**

8 **be clearly identified by the name and number assigned to this action.**

9    3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

10 plaintiff's in forma pauperis application on the the Warden of the Federal Correctional

11 Institution (FCI) - McKean.

12    4.  The Clerk of the Court is directed to serve a copy of this order on the financial

13 Department, U.S. District Court, Eastern District of California, Fresno Division.

15 IT IS SO ORDERED.

16 Dated:   April 15, 2011       /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE

-2-